IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Roger Smith, | C/A No.: 3:17-680-MBS-SVH |
| Plaintiff, | |
| vs. | ORDER |
| Catherine Robison, Individually as an officer with the City of Columbia Police Department; and Todd Coey, Individually as a State Constable, | |
| Defendant. | |

This matter comes before the court on the motion [ECF No. 19] of Defendants Robison and Coey ("Defendants") to compel Roger Smith ("Plaintiff") to produce responses to Defendants' First Set of Interrogatories and First Set of Requests for Production ("Original Discovery Requests") and Supplemental Interrogatories and Requests for Production ("Supplemental Discovery Requests"), all of which are attached to Defendants' motion at ECF No. 19-1.

The motion indicates that the Original Discovery Requests were served on Plaintiff on August 28, 2017. Defense counsel then served the Original Discovery Requests and the Supplemental Discovery Requests on January 17, 2018. Defendants' motion indicates that Plaintiff has failed to respond to either the Original Discovery Requests or the Supplemental Discovery Requests. [ECF No. 19 at 2].

In light of the foregoing, the court grants Defendant's motion to compel. Plaintiff is directed to provide responses to the discovery requests by May 14, 2018. Because Plaintiff failed to timely respond to the discovery, any and all objections are deemed waived under Fed. R. Civ. P. 33(b)(4). Plaintiff is advised that failure to comply with the court's order may result in a recommendation that his case be dismissed for failure to participate in discovery and/or sanctions, including payment of Defendants' attorneys' fees and costs in preparing such motions.

Defendants' motion to extend the deadline for filing dispositive motions [ECF No. 20] is also granted. Dispositive motions are now due by May 21, 2018.

IT IS SO ORDERED.

April 30, 2018　　　　　　　　　　　　　　　Shiva V. Hodges
Columbia, South Carolina　　　　　　　　　　United States Magistrate Judge